IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY P. GILL, | ) | 4:08CV3235 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN E. POTTER, Postmaster | ) | |
| General U.S. Postal Service, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion to Dismiss (filing no. 5), which the court construes as a motion to voluntarily dismiss pursuant to Federal Rule of Civil Procedure 41. Service has not yet occurred and no answer has been filed. Plaintiff's Motion is therefore granted and this matter is dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Dismiss (filing no. 5) is granted. Plaintiff's Complaint and this action are dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

December 3, 2008.                BY THE COURT:

                                 s/ Joseph F. Bataillon
                                 Chief United States District Judge